UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In re:                                                                                           Case No. 16-71500 (REG)

MARIANA FLOREA,                                                                    Chapter 7

                                  Debtor.
-------------------------------------------------------------X

## ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

Upon the motion (the "Motion") of David Goldfinger as to 20% Stanley Margulies Rollover IRA, Sunwest Trust Inc. as Custodian, as to 6.60%, Larry Gilderman IRA as to 20%, David & Corinne Zinader as to 9.28%, Arthur Feinberg Rollover IRA, Evercore Trust Co. as Custodian, as to 13.40%, Temkin Family Trust, Charles Temkin, Trustee, as to 13.40%, Robert Temkin IRA as to 10.72%, and Judith Baker as to 6.60% (collectively, the "Movants"), by and through their counsel, Macco & Stern, LLP, for an order modifying the automatic stay to continue the foreclosure action pending before the Supreme Court of the State of New York, County of Suffolk, assigned index number 5819/2013 (the "Foreclosure Action") against, *inter alia*, Mariana Florea (the "Debtor"), the above-referenced debtor, as to certain real property located at, and known as, 41 Pond Place, Babylon, NY (the "Real Property"); and the Motion having been served upon the Debtor and Kenneth P. Silverman, Esq., the chapter 7 trustee of the Debtor's estate; and additional service being neither necessary nor required; and no objections to the relief requested in the Motion or this Order being filed nor received; and the hearing held on the Motion, the transcript of which is incorporated herein by reference; and good and sufficient cause appearing; and it being in the best interests of the Debtor's creditors and estate; it is hereby

**ORDERED**, that the Motion is granted; and it is further

**ORDERED**, that automatic stay is modified in order for the Movants to continue the foreclosure action pending before the Supreme Court of the State of New York, County of Suffolk, assigned index number 5819/2013 against, *inter alia*, Mariana Florea, the above-referenced debtor, as to certain real property located at, and known as, 41 Pond Place, Babylon, NY.

**SO ORDERED:**

Dated: Central Islip, New York  
       June 10, 2016

_____  
**Robert E. Grossman**  
**United States Bankruptcy Judge**